**Order entered November 20, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00804-CV**

**CARL ROBINSON, Appellant**

**V.**

**CELESTE SZU-YUAN HUANG AND JASON WEI-LUN HAN, Appellees**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01565-2020**

**ORDER**

The reporter's record is overdue. By letter dated October 26, 2020, Thomas Mullins, Official Court Reporter for County Court at Law No. 1, informed the Court that he notified counsel for appellant of the cost for preparing the reporter's record but had not received any response. Counsel for appellant filed a letter on November 6, 2020 informing the Court that he has paid the reporter's fee. Accordingly, we **ORDER** Mr. Mullins to file the reporter's record on or before **December 7, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr.

Mullins and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE